UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division


FILED
JUL 29 2019
CLERK, US DISTRICT COURT
NORFOLK, VA

JAMES R. RITCHIE, #31972-018,

    Petitioner,

v.                                            ACTION NO. 2:18cv297

MARK J. BOLSTER,
Warden,

    Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner James R. Ritchie is a federal prisoner convicted and sentenced in the Middle District of Florida. ECF No. 1 at 1. Ritchie is presently confined at the Federal Corrections Complex-Medium in Petersburg, Virginia, and the disciplinary proceedings which gave rise to his petition occurred while he was housed there. *Id.* at 1–2.

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. ECF No. 2. In the Magistrate Judge's Report and Recommendation filed June 13, 2019, the Court found that there was no violation of the due process rights claimed. ECF No. 17 at 7. The report recommends that Ritchie's petition for a writ of habeas corpus be DISMISSED with prejudice.

Ritchie filed objections to the Report and Recommendation on June 28, 2019. ECF No. 18. The Court, having reviewed the record and examined the objections filed by Ritchie to the

Report and Recommendation, and having made *de novo* findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation. It is, therefore, ORDERED that the petition for a writ of habeas corpus is DISMISSED with prejudice.

Ritchie may appeal from the judgment entered pursuant to this Final Order by filing a notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to Petitioner Ritchie and to counsel of record for Respondent.

/s/
Raymond A. Jackson
United States District Judge

Norfolk, Virginia
July 29, 2019